2

# THE BROWN LAW GROUP, P.C.
ATTORNEYS AT LAW
TWO GRAND CENTRAL TOWER
140 EAST 45TH STREET
NEW YORK, NEW YORK 10017

RODNEY A. BROWN

MELISSA ALCANTARA
JULIA GAVRILOV
SUDAKSHINA SEN
RYAN J. WHALEN

TEL (212) 421-1845
FAX (212) 421-8418
EMAIL: INFO@BLG-PC.COM

April 11, 2008

**VIA ECF**

The Honorable Stanley R. Chesler
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Bldg.
Room 457
Newark, NJ 07102

Re: <u>APP v. CMH Care Group, Inc. et al. (00-CV-5613)</u>

Honorable Sir:

We are the attorneys for Plaintiff American Pharmaceuticals Partners, Inc. ("APP") in the above-referenced action. We are writing in connection with the briefing schedule concerning APP's Motion For Appeal From Magistrate Judge Hedges' Order Relating To Discovery pursuant to L.R. 72.1 (c)(1)(Docket Entry 198) (the "Motion"). At the direction of Your Honor's law clerk, we are submitting the letter herein with proposed dates to be "So-Ordered" by Your Honor.

In view of the Settlement Conference scheduled before Magistrate Judge Shipp for May 2, 2008, all parties' counsel have consented to the following briefing deadlines:

(i) Defendants' opposition to the Motion, if any, is due on May 15, 2008; and

(ii) Plaintiff's reply in further support of the Motion, if any, is due on May 29, 2008.

Respectfully submitted,

Rodney A. Brown

RAB: cz

Cc: John Livelli, Esq. (via ECF)

THE BROWN LAW GROUP, P.C.

The Honorable Stanley R. Chesler
April 11, 2008
Page 2

      Jay Freireich, Esq. (via ECF)
      Paul Schafhauser, Esq. (via ECF)

SO ORDERED

_____
Honorable Stanley R. Chesler, U.S.D.J.